Order entered October 19, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01269-CV

### CITY OF DALLAS, Appellant

V.

### TEXAS EZPAWN, L.P. D/B/A EZ MONEY, LOAN SERVICES, Appellee

**On Appeal from the 14th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03373-A**

## ORDER

The Court has before it appellant's October 16, 2012 unopposed motion for extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by November 23, 2012.



MOLLY FRANCIS
JUSTICE